UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lawrence Marano,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Ziff Davis, LLC,<br><br>　　　　　　Defendant. | Case No: 1:23-cv-06205 |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: October 9, 2023

| DAVIS WRIGHT TREMAINE LLP | SANDERS LAW GROUP |
|---|---|
| By: _____ | By: _____ |
| James Rosenfeld, Esq. | Renee Aragona |
| 1251 Avenue of the Americas, 21st Floor, | 333 Earle Ovington Blvd, Suite 402 |
| New York City, NY 10020 | Uniondale, NY 11553 |
| Tel: (212) 603-6455 | Tel: (516) 203-7621 |
| Email: jamesrosenfeld@dwt.com | Email: raragona@sanderslaw.group |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |